How do you start talking to each other? How do you get to know
judges: Thomas, Clifton, Nguyen